IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY WILLIAMS, | : | Civil No. 3:16-cv-145 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| DAVID J. EBBERT, | : | |
| Respondent | : | |

### ORDER

AND NOW, this __19th__ day of September, 2016, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED** as moot based upon Petitioner's July 15, 2016 release.

2. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge